# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
|  | )   **8:05CR219** |
| vs. | ) |
|  | )   **ORDER** |
| **RICHARD DEAN SCHLOTFELD,** | ) |
| **Defendant.** | ) |

**IT IS ORDERED** that the Clerk shall strike Order [14] because it was filed in error. A corrected order [15] has been filed.

**DATED August 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge