**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR219** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD DEAN SCHLOTFELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 30).

The motion to continue will be denied.  However, the Court notes that absent difficulties with the Defendant's pretrial release the Court anticipates allowing the Defendant to self surrender.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 30) is denied.

DATED this 15th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge