IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR219 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| vs. | ) ) | |
| RICHARD DEAN SCHLOTFELD, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend his self surrender date to (Filing No. 39).

Defense counsel represents that the Defendant is to report on January 31, 2006. However, the Defendant has surgery scheduled on February 6, 2006, and will be under medical restrictions following surgery.

The Court will grant the request to continue the self surrender date. However, the Court cautions that it is unlikely that any further continuances will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his self-surrender date (Filing No. 39) is granted;

2. The Defendant shall report no later than 2:00 p.m. on March 10, 2006, to the location or institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 13th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge