IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR219 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RICHARD DEAN SCHLOTFELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed "final" motion to extend his self surrender date to (Filing No. 41).

Defense counsel represents that the Defendant is to report on March 10, 2006. However, for medical reasons related to recent surgery the Defendant requests that he be allowed to self surrender on April 10, 2006. The Defendant represents that he will not request another extension.

The Court will grant the request to continue the self surrender date. However, the Court envisions no further continuances.

IT IS ORDERED:

1. The Defendant's motion to extend his self-surrender date (Filing No. 41) is granted;

2. The Defendant shall report no later than 2:00 p.m. on April 10, 2006, to the location or institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge